DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHANON MCREAL,**
Appellant,

v.

**ROSS DRESS FOR LESS, INC.,** a foreign corporation, d/b/a **DD'S
DISCOUNTS,**
Appellee.

No. 4D20-161

[January 14, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. 17-15018 CACE (09).

Glen B. Levine of the Law Offices of Anidjar & Levine, PA, Fort Lauderdale, for appellant.

Samuel B. Spinner and Hinda Klein of Conroy Simberg, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***